IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WILLIAM DOE, KATRINA DOE AND
BETHANY CHRISTIAN SERVICES
OF FLORIDA, INC.,

     Appellants,

v.

Case Nos.    5D21-2716
                5D21-2717
LT Case No. 2018-DR-005697-O

U.C., FATHER OF AND IN RE:
THE ADOPTION OF M.Q.C., A CHILD,

     Appellee.

_____/

Decision filed December 12, 2022

Appeal from the Circuit Court
for Orange County,
Julie H. O'Kane, Judge.

Erica T. Healey and Jeanne T. Tate, of
Jeanne T. Tate, P.A., Tampa, for
Appellants, William Doe and Katrina Doe.

Stephen H. Price, of Cramer, Price, de
Armas, P.A., Orlando, for Appellant,
Bethany Christian Services of Florida, Inc.

Scott L. Robbins, Elizabeth D. Burchell and Joshua G. Sheridan, of Busciglio Sheridan Shoeb, P.A., Tampa, for Appellee.

PER CURIAM.

AFFIRMED.

COHEN, NARDELLA and WOZNIAK, JJ., concur.